860 F.2d 1077
 49 Ed. Law Rep. 1159
 Varma (Margaret), Rutgers Council of AAUP Chapters
v.
Bloustein (Edward), Pond (T.Alexander), Samuels (Norman),
Young (James), Gordon (Walter), Wheeler (Kenneth), Parrish
(Jean), Fisher (Hans), Killer (Noemie), Poirier (Richard),
Fussell (Paul), Fisher (Lawrence), Scanlon (Jane), Feder
(Harvy), Rorty (Amelie), Cole (Susan), Mitchell (Elizabeth),
Pack (Robert), Stamato (Linda), Dickerson (Donald), Bragg
(Floyd), Jaffe (Sanford), Kaplan (Robert), Perl
 NO. 88-5196
 United States Court of Appeals,
Third Circuit.
 SEP 06, 1988
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.